reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was an issue of fact as to the control of the automobile which should have been submitted to the jury. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

HAROLD M. SCHWAB, INC., Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSALIE LIVINGSTON, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,149.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEAN LIVINGSTON EPSTEIN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,149.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN RAYON PRODUCTS CORPORATION, Respondent, v. BEAUNIT MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN P. MELIUS, Appellant, v. EMMA E. MELIUS, Respondent.— Judgment affirmed, with costs; but in order to sustain the judgment a formal decision should be submitted, signed by the court at Special Term embodying the various findings of fact and conclusions of law made by the trial justice in his memorandum. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SHKOLNIK and Another, Doing Business, etc., Respondents, v. CENTRAL FURNITURE FRAME CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX ISENBERG, Appellant.*— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORD & BURNHAM COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [132 Misc. 64.]

CRYSTAL SPRINGS BANK, Appellant, v. S. H. & E. H. FROST, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILKINSON BROTHERS & COMPANY, Appellant, v. REPUBLIC STORAGE CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STARBORO HOLDING CORPORATION, Appellant, v. ROTHENBERG REALTORS CO.,

* Affd., 251 N. Y. —.     † Revd., 251 N. Y. 198.